**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 05-7790**

KEITH RUSSELL JUDD, for President of USA,

Petitioner - Appellant,

versus

UNITED STATES OF AMERICA,

Respondent - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Margaret B. Seymour, District Judge. (CA-05-1381-3)

Submitted: March 23, 2006                     Decided: March 30, 2006

Before WILKINSON, LUTTIG, and WILLIAMS, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Keith Russell Judd, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Keith Russell Judd, a federal prisoner, appeals the district court's order denying relief on his motion for relief from judgment, which the district court construed as a 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we deny Judd's motion for leave to proceed in forma pauperis and dismiss for the reasons stated by the district court. Judd v. United States, No. CA-05-1381-3 (D.S.C. filed Oct. 26, 2005 & entered Oct. 27, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED